**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

09-38041

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Shannon R Hutcherson          JOINT DEBTOR: _____          CASE NO.:
Last Four Digits of SS# 3537          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 120.09   for months   1   to   36  ;
   B.   $_____ for months ____ to ____;
   C.   $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2,800.00   TOTAL PAID $ 1,000.00
   Balance Due   $ 1,800.00   payable $ 100.00 /month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date  $_____
Address: _____          Arrears Payment   $_____/month (Months ____ to ____)
_____          Regular Payment   $_____/month (Months ____ to ____)
Account No:

2. _____          Arrearage on Petition Date  $_____
Address: _____          Arrears Payment   $_____/month (Months ____ to ____)
_____          Regular Payment   $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia Bank<br>PO Box 3530554<br>Atlanta, GA 303530554 | Homestead property located at 8631 South Sutton Drive, Miramar, FL 33025-2551 $185,500 | 0 % | $ -0- | 1 To 36 | $ -0-; This debt will be treated as an unsecured claim. |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____          Total Due  $_____
                                          Payable   $_____/month (Months ____ to ____) Regular Payment $_____
2. _____          Total Due  $_____
                                          Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 8.08 /month (Months 1 to 18 ). Pay $ 108.08 /month (Months 19 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current on her first mortgage payable to Wachovia Bank in connection with her homestead real property located at 8631 South Sutton Drive, Miramar, FL 33025-2551 and will continue to pay it outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                                  _____
Debtor                                                              Joint Debtor
Date: _____                                           Date: _____

LF-31 (rev. 06/02/08)