**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X     First       Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Shannon R Hutcherson     JOINT DEBTOR: _____     CASE NO.: 09-38041 BKC RBR
Last Four Digits of SS#  3537           Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 118.89  for months  1  to  36 ;
  B.   $_____ for months _____ to _____;
  C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2,800.00     TOTAL PAID $ 1,000.00
              Balance Due    $ 1,800.00   payable $ 100.00 /month  (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None_____        Arrearage on Petition Date  $
Address:_____         Arrears Payment    $_____/month (Months ____ to ____)
        _____         Regular Payment    $_____/month (Months ____ to ____)
Account No:

2. _____              Arrearage on Petition Date  $
Address:_____         Arrears Payment    $_____/month (Months ____ to ____)
        _____         Regular Payment    $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia Bank PO Box 3530554 Atlanta, GA 303530554 | Homestead property located at 8631 South Sutton Drive, Miramar, FL 33025-2551 $185,500 | 0 % | $ -0- | 1 To 36 | $ -0-; This debt will be treated as an unsecured claim. |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  None_____      Total Due  $
                         Payable    $_____/month (Months ___ to ___) Regular Payment $
2. _____            Total Due  $
                         Payable    $_____/month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 8.08 /month (Months 1  to  18 ). Pay $ 108.08 /month (Months 19 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor is current on her first mortgage payable to Wachovia Bank in connection with her homestead real property located at 8631 South Sutton Drive, Miramar, FL 33025-2551 and will continue to pay it outside the Plan. Debtor will pay Broward County taxes directly outside the Plan no later than March 1, 2010.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/
Debtor   Shannon Hutcherson                          Joint Debtor
Date:  2/12/10                                       Date:

LF-31 (rev. 06/02/08)